# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| VICTOR DURAN-BARRERA | ) | Case No. 22mj539(RMS) |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/2021 to Present__ in the county of __New Haven__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846 | Conspiracy to Possess with the Intent to Distribute Controlled Substance/s (from on or about 12/2021 to the Present) |

This criminal complaint is based on these facts:

See attached affidavit of DEA TFO Scott Vitelli which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA TFO Scott Vitelli
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/24/2022                    /s/ _____
                                    *Judge's signature*

City and state: NEW HAVEN, CONNECTICUT       Honorable Robert M. Spector, USMJ
                                              *Printed name and title*