UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE APPLICATIONS
FOR ARRESTS WARRANTS AND SEARCH
WARRANTS

No. 22mj530(RMS) 22mj535(RMS)
22mj531(RMS) 22mj536(R
22mj532(RMS) 22mj537(R
22mj533(RMS) 22mj538(
22mj534(RMS) 22mj539(
22mj541(RMS) 22mj540(
22mj542(RMS) 22mj541(RM
                    22mj542(RM

**UNDER SEAL**

### SUPPLEMENTAL AFFIDAVIT

I, Scott Vitelli, being duly sworn, hereby depose and state as follows:

1. In my Master Affidavit in support of applications for arrest warrants and search warrants, I indicated that the government obtained information from a cooperating source identified as CS3 in this investigation.

2. I also represented in my Master Affidavit that communications intercepted over Target Telephone 1 indicated that CS3 continued to be involved in the drug trade and that CS3 was discontinued as a cooperating source in this investigation.

3. I make this separate Supplemental Affidavit to inform the Court of the identity of CS3.

4. █████████████████████████████████████

5. It is requested that this affidavit be filed under seal until further order of the Court as the investigation is continuing, and it is my belief that disclosure at this time could compromise

the safety of CS3 and the pending investigation itself.

Respectfully submitted,

*[signature]*
Scott Vitelli
DEA Task Force Officer

SUBSCRIBED and SWORN to before me this 24th day of May, 2022, at New Haven, Connecticut.

*[signature]*
HONORABLE ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE