**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
--------------------------------x
                                :
UNITED STATES OF AMERICA        :
                                :
v.                              :     CRIM. NO. 3:22-CR-109 (AWT)
                                :
VICTOR DURAN-BARRERA            :
                                :
--------------------------------x
```

## ORDER CONTINUING JURY SELECTION

The court has granted co-defendant Garry Gebeau's motion to continue jury selection to May 11, 2023. See ECF No. 94. Because defendant Victor Duran-Barrera is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted, and based on the discussions during the status conferences on July 27, 2022 and August 3, 2022, continuing jury selection to May 2023 constitutes a reasonable period of delay. Jury selection as to defendant Victor Duran-Barrera is continued to May 11, 2023. See 18 U.S.C. § 3161(h)(6). Also, the defendant does not object to such a continuance. Accordingly, the speedy trial time shall be excluded from August 11, 2022 to May 11, 2023.

It is so ordered.

Signed this 4th day of August 2022, at Hartford, Connecticut.

                              /s/ AWT
                        Alvin W. Thompson
                     United States District Judge